■ In the Matter of MARCUS K. and Others, Infants. ONEIDA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; DAWN K., Appellant. (Appeal No. 3.) [877 NYS2d 724]—Appeal from an order of the Family Court, Oneida County (Randal B. Caldwell, J.), entered June 11, 2007 in a proceeding pursuant to Social Services Law § 384-b. The order, insofar as appealed from, continued the placement of Tiffany K. and Giovanni K.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Matter of Giovanni K.* (62 AD3d 1242 [2009]). Present—Smith, J.P., Centra, Fahey, Green and Pine, JJ.

■ In the Matter of the Estate of ELIZABETH O. VELIE, Deceased. EDWARD C. VELIE, JR., Respondent; CHRISTINE B. WILCOX et al., Appellants. (Appeal No. 1.) [878 NYS2d 926]—Appeals from a decree of the Surrogate's Court, Niagara County (Peter L. Broderick, Sr., S.), entered October 25, 2007. The decree, insofar as appealed from, restrained certain accounts and directed the filing of an accounting by respondent Christine B. Wilcox.

It is hereby ordered that the decree so appealed from is unanimously affirmed without costs. Present—Martoche, J.P., Centra, Carni and Gorski, JJ.